# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1222

_____

STATE OF FLORIDA,

Appellant,

v.

CURTIS RUSSELL YOUNG,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

August 13, 2019

PER CURIAM.

Appellee's motion filed July 8, 2019, is granted, and this appeal is dismissed. *See State v. Jackson*, 2019 WL 3282618 (Fla. 1st DCA 2019).

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellant.

Melissa J. Ford, Assistant Regional Conflict Counsel, Office of Candice K. Brower, Criminal Conflict & Civil Regional Counsel, Tallahassee, for Appellee.